# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of May, two thousand twenty-two.

Jeffrey Laydon, on behalf of himself and all others similarly situated,

    Plaintiff-Appellant-Cross-Appellee,

v.

Cooperatieve Rabobank U.A., Barclays Bank PLC, Societe Generale S.A.,

    Defendants-Appellees-Cross-Appellants,

The Royal Bank of Scotland Group PLC, UBS AG, Lloyds Banking Group PLC, UBS Securities Japan Co., Ltd., The Royal Bank of Scotland PLC, RBS Securities Japan Limited, Tullett Prebon plc, ICAP PLC, ICAP Europe Limited,

    Defendants-Appellees.

**ORDER**

Docket Nos. 20-3626(L), 20-3775(XAP)

Appellant-Cross-Appellee moves for (1) severance of his appeal (20-3626) and the appeal of Appellees-Cross-Appellants (20-3775) with respect only to Appellee Barclays Bank PLC; (2) stay of the severed appeals as to Barclays Bank PLC; and (3) limited remand of that portion of the matter concerning Barclays Bank PLC to the district court to consider the approval of a proposed class action settlement between Appellant-Cross-Appellee and Barclays Bank PLC.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

